APRIL 22, 1976

No. 75–1493.   MOORE, GOVERNOR OF WEST VIRGINIA *v.*
McCARTNEY, SECRETARY OF WEST VIRGINIA, ET AL.   Sup.
Ct. App. W. Va.   Appeal dismissed for want of substantial federal question.

APRIL 23, 1976

No. 75–436.   BUCKLEY ET AL. *v.* VALEO, SECRETARY OF
THE UNITED STATES SENATE, ET AL.; and

No. 75–437.   BUCKLEY ET AL. *v.* VALEO, SECRETARY OF
THE UNITED STATES SENATE, ET AL., 424 U. S. 1.   Motions of Jimmy Carter et al. for leave to intervene, recall
and modification of judgment and other equitable relief,
and to advance and expedite denied.   Motion of Democratic National Committee for leave to file a brief as
*amicus curiae* denied.   MR. JUSTICE STEVENS took no
part in the consideration or decision of these motions.

MR. JUSTICE POWELL, concurring.

I concur in the Court's denial of the petition to intervene.   As these cases have been remanded to the Court
of Appeals for the District of Columbia Circuit, jurisdiction with respect to relief sought by new parties at this
time is vested in that court.

APRIL 26, 1976

No. 75–93.   TOWN OF SORRENTO MUNICIPAL DEMOCRATIC EXECUTIVE COMMITTEE ET AL. *v.* REINE ET AL.
Affirmed on appeal from D. C. M. D. La.   MR. JUSTICE
POWELL and MR. JUSTICE REHNQUIST would note probable jurisdiction and set case for oral argument.